U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 1 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIE JENKINS JR. | DOCKET NO. 1: 05 CV 1767 |
| | SECTION P |
| VS. | JUDGE DEE D. DRELL |
| LOUISIANA DEPT. CORRECTIONS, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation previously filed herein,

IT IS ORDERED that this civil rights action is **DENIED AND DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED, in chambers, at Alexandria, Louisiana, on this 30th day of November, 2004.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE